# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

|  | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Civil Action No.  1:25CV376 |
|  | ) |  |
| *Defendant* | ) |  |

## NOTICE AND RESPONSE ON REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent. You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

_____ *Consent to a magistrate judge's authority.*  In accordance with 28 U.S.C 636, the undersigned party or parties voluntarily consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings. An appeal from a judgment entered by a magistrate judge may be taken directly to the court of appeals for this circuit in the same manner as from any other judgment of a district court.

_____ *Decline consent to a magistrate judge's authority.*  I do not consent to have a United States magistrate judge conduct all proceedings in this case.

Date: _____

_____
*Signature of Party or Attorney*

_____
*Printed name of Party or Attorney*

Note: DO NOT FILE THIS FORM ON THE ECF SYSTEM.
Return this form to the clerk of court by email to mjform@ncmd.uscourts.gov or by mail to 324 West Market Street, Greensboro, NC 27401.  Do not return this form to a judge.