# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| LAMONT BURRELL, General Guardian, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-376 |
| The Ohio Casualty Insurance Company, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Ohio Casualty Insurance Company .

Date: 06/06/2025

/s/ David A. Harris
*Attorney's signature*

David A. Harris (NC Bar. 52712)
*Printed name and bar number*

Bovis, Kyle, Burch & Medlin, LLC
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338

*Address*

dah@boviskyle.com
*E-mail address*

(678) 338-3931
*Telephone number*

(770) 668-0878
*FAX number*