# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| LAMONT BURRELL, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-376 |
| CHARLES JASON WILBORN, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Charles Jason Wilborn, Travis Lee Slaughter, Harriett Shawn Wagstaff, Ohio Casualty Insurance Company.

Date: 06/20/2025

/s/ Brian F. Castro
*Attorney's signature*

Brian F. Castro; NC Bar No. 53412
*Printed name and bar number*

WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
*Address*

Brian.Castro@wbd-us.com
*E-mail address*

(919) 755-8135
*Telephone number*

(919) 755-6163
*FAX number*