MDNC (4/3/2024)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

LAMONT BURRELL,                    )
                                   )
      Plaintiff(s),              )
                                   )        **Case No.:** 1:25-cv-376
v.                                 )
                                   )
CHARLES JASON WILBORN, et          )
al.                        ⊞       )
      Defendant(s).              )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER
## ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

<u>PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATION, PARTNERSHIP, TRUST, LIMITED LIABILITY COMPANY, OR OTHER SIMILAR ENTITY THAT IS A PARTY TO, OR THAT APPEARS IN, AN ACTION OR PROCEEDING IN THIS COURT.</u> COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Harriett Shawn Wagstaff _____ who is Defendant _____,

(Name of Party)                    (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1.     Is party a publicly held corporation or other publicly held entity?

       ( ) Yes                    (✓) No

2.     Does party have any parent entities?

       ( ) Yes                    (✓) No

     If yes, identify all parent entities including grandparent, great-grandparent, etc.: _____
_____
_____

3. Does party have any subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding?

( ) Yes ( ✔ ) No

If yes, identify all subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding: _____
_____
_____

4. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

( ) Yes ( ✔ ) No

If yes, identify all such owners: _____
_____
_____

5. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes ( ✔ ) No

If yes, identify entity and nature of interest: _____
_____
_____

6. In all cases, pursuant to Fed.R.Civ.P.7.1(a)(2) and Local Rule 7.7(a)(2), the following is a list of all members or partners of _____ and, in diversity cases, their states of citizenship:        (name of LLC or LP party)

_____            _____
(name of member or partner)                              (state of citizenship)

_____            _____
(name of member or partner)                              (state of citizenship)

_____            _____
(name of member or partner)                              (state of citizenship)

_____            _____
(name of member or partner)                              (state of citizenship)

2

Note: If there are additional members or partners, provide their names, and in diversity cases states of citizenship, on a separate page. If any of the members or partners are an LLC or LP, provide the names, and in diversity cases states of citizenship, of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals. *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).

/s/ Brian F. Castro
_____
(Signature)

06/20/2025
_____
(Date)

3