| | |
|---|---|
| LAMONT BURRELL, General Guardian for Brenda Allen Burrell,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES JASON WILBORN, in his individual and official capacity, Person County Sheriff; NEEKA SHAVONNE LAWSON, in her individual and official capacity, TRAVIS LEE SLAUGHTER, in his individual and official capacity, HARRIETT SHAWN WAGSTAFF, in her individual and official capacity, and THE OHIO CASUALTY INSURANCE COMPANY, as Surety,<br><br>Defendants. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

This matter comes before the Court on a motion by Defendants

Charles Jason Wilborn, Travis Lee Slaughter, Harriett Shawn Wagstaff,

and the Ohio Casualty Insurance Company ("Defendants"), for an

extension of time to file their answer or otherwise respond to Plaintiff's complaint.

For good cause shown, the motion is GRANTED and Defendants shall have up to and including July 15, 2025, to file their answer or other responsive pleading.

SO ORDERED this the ____ day of _____, 2025.

_____