UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LAMONT BURRELL, General Guardian for Brenda Allen Burrell,<br><br>Plaintiff<br><br>CHARLES JASON WILBORN, in his individual and official capacity, Person County Sheriff; NEEKA SHAVONNE LAWSON, in her individual and official capacity, TRAVIS LEE SLAUGHTER, in his individual and official capacity; HARRIETT SHAWN WAGSTAFF; in her individual and official capacity; and THE OHIO CASUALTY INSURANCE COMPANY, as Surety,<br><br>Defendants. | File No. 1:25-cv-376<br><br>**AFFIDAVIT OF SERVICE<br>FOR<br>DEFENDANT TRAVIS LEE SLAUGHTER** |

I, undersigned counsel, affirm that I served Defendant TRAVIS LEE SLAUGHTER, by mailing a copy of the Summons and Complaint in the above captioned action, by United States, certified mail, return receipt requested, addressed as follows:

> Travis Lee Slaughter
> 775 Oxford Road
> Roxboro, NC 27573

I further affirm that copies of the Summons and Complaint were in fact received by Defendant TRAVIS LEE SLAGUHTER on May 19, 2025, as evidenced by the attached scanned copy of the original return-receipt and USPS Tracking Confirmation.

[SIGNATURE ON NEXT PAGE]

1

This the 23 day of June, 2025.

_____
Brandon S. Atwater
Counsel for Plaintiff
NC Bar No. 41786
Atwater Law PLLC
1140 Kildaire Farm Road, Ste 200-8
Cary, NC 27511
Mailing Adress:
PO Box 853
Cary, NC 27512
Main: (919) 530-1090
Direct: (919) 251-6126
Fax: (919) 530-1091
b.atwater@atwaterlaw.com


Wake County, North Carolina

Signed and sworn to before me this day by Brandon S. Atwater.

Date: June 23, 2025    Official Notary Signature: _____

(Official Seal)    Notary's Printed or type name: Christopher C Cones , Notary Public

My Commission expires: October 24, 2028





## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Travis Lee Slaughter
   775 Oxford Road
   Roxboro, NC 27573

   9590 9402 7543 2098 3859 98

2. Article Number (Transfer from service label)

   9589 0710 5270 2039 0145 43

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



Atwater Law PLLC
PO Box 853
Cary, NC 27512

# USPS Tracking®

**Tracking Number:**

9589071052702039014543

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

**Latest Update**

Your item was picked up at the post office at 2:14 pm on May 19, 2025 in ROXBORO, NC 27573.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

Delivered, Individual Picked Up at Post Office
ROXBORO, NC 27573
May 19, 2025, 2:14 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates   ⌄

USPS Tracking Plus®   ⌄

Product Information   ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs