UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

LAMONT BURRELL, General )
Guardian for Brenda Allen Burrell, )
)
)  File No. 1:25-cv-376
Plaintiff )
)
CHARLES JASON WILBORN, in his )  AFFIDAVIT OF SERVICE
individual and official capacity, Person )  FOR DEFENDANT
County Sheriff; NEEKA SHAVONNE )  THE OHIO CASUALTY INSURANCE
LAWSON, in her individual and official )  COMPANY
capacity, TRAVIS LEE SLAUGHTER, )
in his individual and official capacity; )
HARRIETT SHAWN WAGSTAFF; in )
her individual and official capacity; and )
THE OHIO CASUALTY INSURANCE )
COMPANY, as Surety, )
)
Defendants. )

I, undersigned counsel, affirm that I served Defendant THE OHIO CASUALTY INSURANCE COMPANY, by mailing a copy of the Summons and Complaint in the above captioned action, by United States, certified mail, return receipt requested, addressed as follows:

> The Ohio Casualty Insurance Company, as Surety
> c/o Mike Causey, Registered Agent for Service of Process
> NC Department of Insurance
> 1201 Mail Service Center
> Raleigh, NC 27699

I further affirm that copies of the Summons and Complaint were in fact received by Defendant THE OHIO CASUALTY INSURANCE COMPANY on May 19, 2025, as evidenced by the attached scanned copy of the original return-receipt and USPS Tracking Confirmation.

1

This the 23 day of June, 2025.

/s/ Brandon S. Atwater
Brandon S. Atwater
Counsel for Plaintiff
NC Bar No. 41786
Atwater Law PLLC
1140 Kildaire Farm Road, Ste 200-8
Cary, NC 27511
Mailing Adress:
PO Box 853
Cary, NC 27512
Main: (919) 530-1090
Direct: (919) 251-6126
Fax: (919) 530-1091
b.atwater@atwaterlaw.com

Wake County, North Carolina

Signed and sworn to before me this day by Brandon S. Atwater.

Date: June 23, 2025     Official Notary Signature: _____

(Official Seal)     Notary's Printed or type name: Christopher C Cones    , Notary Public

My Commission expires: October 24, 2028



2



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Ohio Casualty Insurance Company, as Surety
c/o Mike Causey, Registered Agent for Service of Process
NC Department of Insurance
1201 Mail Service Center
Raleigh, NC 27699

9590 9402 7543 2098 3860 01

2. Article Number (Transfer from service label)
9589 0710 5270 2039 0145 29

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Raheema I. Moore
C. Date of Delivery: 5/19/20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

USPS TRACKING #



9590 9402 7543 2098 3860 01

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Atwater Law PLLC
PO Box 853
Cary, NC 27512

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

# USPS Tracking®

FAQs >

**Tracking Number:**

9589071052702039014529

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

**Latest Update**

Your item has been delivered and is available at a PO Box at 1:40 pm on May 16, 2025 in RALEIGH, NC 27699.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
Delivered, PO Box
RALEIGH, NC 27699
May 16, 2025, 1:40 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

Feedback

**Product Information** ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

# Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]