UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LAMONT BURRELL, General Guardian for Brenda Allen Burrell,<br><br>　　　　Plaintiff<br><br>CHARLES JASON WILBORN, in his individual and official capacity, Person County Sheriff; NEEKA SHAVONNE LAWSON, in her individual and official capacity, TRAVIS LEE SLAUGHTER, in his individual and official capacity; HARRIETT SHAWN WAGSTAFF; in her individual and official capacity; and THE OHIO CASUALTY INSURANCE COMPANY, as Surety,<br><br>　　　　Defendants. | File No. 1:25-cv-376<br><br>**AFFIDAVIT OF SERVICE**<br><br>**FOR**<br><br>**DEFENDANT NEEKA SHAVONNE LAWSON** |

I, the undersigned, affirm that:

　I am more than 18 years old;

　I am not a party to the above-captioned matter;

　I was formerly employed as a Sheriff Deputy with the Durham County Sheriff's Department for 18 years;

　As a former Sheriff's Deputy, have more than 18 years of experience serving civil process:

　On or about January 2024, I established Clayton Professional Services, a private process service company;

　The summons for Defendant Neeka Shavonne Lawson ("Ms. Lawson"), issued in the above-captioned matter, along with copy of the Complaint filed in the matter, a *Notice of Right to Consent to the Exercise of Civil Jurisdiction by a Magistrate*

1

*Judge*; a *Notice and Response on Reference of Civil Action to a Magistrate Judge*; and a *US District Court for the Middle District of North Carolina Mediator List*, was received by me on (date) June 9, 2025;

At or about 4:00 pm on June 11, 2025, I made a telephone call to (984) 514-8364, which, upon information and belief, is the telephone number of Ms Lawson. The person who answered the call, confirmed that she was in fact Ms. Neeka Shavonne Lawson;

During the above-referenced call, I informed Ms. Lawson that I had a delivery for her. I further informed Ms. Lawson that I had attempted to deliver to: 16B Dylan Street, Roxboro, NC 27573. In response, Ms. Lawson advised that she had moved from that address and that she was currently residing at 185 Dink Ashley Road, Timberlake, NC 27583. In response, I asked when I could deliver the package to her, and she replied, indicating that I could come right then. In response, I advised that I could be at the address at 185 Dink Ashley Road, Timberlake, NC 27583, within approximately 20-30 minutes. Ms. Lawson replied, confirming that she would be there;

Within approximately 30 minutes of the aforementioned conversation with Defendant Lawson, I arrived at 185 Dink Ashley Road, Timberlake, NC 27583;

When I arrived, I observed a 2016 Jeep Patriot Sport, with a North Carolina license plate number of: EHS9532. Upon information and belief, Defendant Lawson is registered owner of the above-referenced vehicle;

When I approached the door of the resident, I was met at the door by an older black female. Upon information and belief, the lady who met me at the door was Ms. Ester C. Sapp, who, upon information and belief, is a co-owner of the property. I informed her that I had a package for Neeka Lawson and she proceeded to tell me that Ms. Lawson did not want the package. In response, I asked if Ms. Lawson would come to the door, to which the lady replied, indicating that Ms. Lawson did not want to speak with me. In response I indicated that I was leaving the package. Thereafter, I did in fact leave the package on the front porch, which included a copy of the Summons, the Complaint, a Notice of Right to Consent to the Exercise of Civil Jurisdiction by a Magistrate Judge, a Notice and Response on Reference of Civil Action to a Magistrate Judge, and a US District Court for the Middle District of North Carolina Mediator List, on a chair on the porch. I further informed the lady that Ms. Lawson had been served.

I took pictures of the vehicle in the driveway, which had been described to me as Ms. Lawson's vehicle. At that point I had to leave because an older black male exited the residence and was walking toward me down the driveway; and

2

After leaving, I attempted to call Neeka Lawson again at 984-514-8364 (i.e., the same number at which I had spoke with her approximately 20-20 minutes prior) but she did not answer. Upon receiving no answer, I sent a text message to the same number, informing her she had been served and the package that was left on the porch contained a legal document regarding a lawsuit in which she was a named defendant.

Further Affiant sayeth not.

This the 1st day of July, 2025.

_____
Richard Clayton

Address:
Clayton Professional Services
1530 Rolling Hills Road
Roxboro, North Carolina 27574

Person County, North Carolina

Signed and sworn to before me this day by Richard Clayton.

Date: 7/1/25     Official Notary Signature: _____

(Official Seal)     Notary's printed or typed name: Jena Hamilton, Notary Public

My Commission expires: 9/15/29

*(Notary Seal: JENA HAMILTON, NOTARY PUBLIC, PERSON COUNTY, NC, My Commission Expires September 15, 2029)*

3