IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:25-cv-376-WO-JLW

| | |
|---|---|
| LAMONT BURRELL, in his official capacity, General Guardian for Brenda Allen Burrell, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| | )<br>) |
| v. | )<br>) |
| CHARLES JASON WILBORN; NEEKA SHAVONNE LAWSON; TRAVIS LEE SLAUGHTER; HARRIETT SHAWN WAGSTAFF; and THE OHIO CASUALTY INSURANCE COMPANY, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

NOW COMES the undersigned attorney, Dan Hartzog, Jr., and hereby gives notice of appearance as counsel of record for Defendant Neeka Lawson in the above-captioned case. It is respectfully requested that all future documents, including but not limited to pleadings, notices, motions and discovery, be served upon the undersigned as counsel for Defendant.

This the 10th day of July, 2025.

                                          **HARTZOG LAW GROUP, LLP**

                                          */s/ Dan M. Hartzog Jr.*
                                          DAN M. HARTZOG, JR.
                                          N.C. State Bar No. 35330
                                          E-mail: dhartzogjr@hartzoglawgroup.com
                                          2626 Glenwood Avenue, Suite 305
                                          Raleigh, NC 27608

Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorney for Defendant Lawson*

<u>**CERTIFICATE OF SERVICE**</u>

  I, the undersigned, hereby certify that on July 10, 2025, I electronically filed the foregoing using the Court's CM/ECF system, which will effect service on the following parties:

Brandon S. Atwater
ATWATER LAW PLLC
1140 Kildaire Farm Road, Ste. 200-8
Cary, NC 27511
b.atwater@atwaterlaw.com
*Attorney for Plaintiff*

Brian F. Castro
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street Suite 1100
Raleigh, NC 27601
Brian.Castro@wbd-us.com
*Attorney for Defendants Wilborn, Slaughter, and Wagstaff*

DAVID A. HARRIS
BOVIS, KYLE, BURCH & MEDLIN, LLC
200 Ashford Center North Suite 500
Atlanta, GA 30338
Dah@boviskyle.com
*Attorney for Defendant Ohio Casualty Insurance Company*

This the 10th day of July, 2025.

             **HARTZOG LAW GROUP, LLP**

             */s/ Dan M. Hartzog Jr.*
             DAN M. HARTZOG, JR.
             N.C. State Bar No. 35330
             E-mail: dhartzogjr@hartzoglawgroup.com
             2626 Glenwood Avenue, Suite 305
             Raleigh, NC 27608
             Telephone: (919) 670-0338
             Facsimile: (919) 714-4635
             *Attorney for Defendant Lawson*