IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:25-cv-376-WO-JLW

| | |
|---|---|
| LAMONT BURRELL, in his official capacity, General Guardian for Brenda Allen Burrell, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>CHARLES JASON WILBORN; NEEKA SHAVONNE LAWSON; TRAVIS LEE SLAUGHTER; HARRIETT SHAWN WAGSTAFF; and THE OHIO CASUALTY INSURANCE COMPANY, )<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | **DEFENDANT NEEKA LAWSON'S MOTION FOR EXTENSION OF TIME** |

NOW COMES Defendant Neeka Lawson ("Defendant"), by and through their undersigned counsel, and hereby moves the Court pursuant to Federal Rule of Civil Procedure 6(b) for an order enlarging the time allowed for Defendant to answer or otherwise respond to Plaintiff's Complaint, up to and including Friday, August 1, 2025. This Motion for Extension of Time is made without waiving any Rule 12 defenses under the Federal Rules of Civil Procedure as to personal or subject matter jurisdiction, service or service of process.

In support of this Motion for Extension of Time, Defendant states as follows:

1. Upon information and belief, Defendant was served with a copy of the Summons and Complaint in this matter on June 11, 2025. (*See* Aff. of Service as to Neeka Shavonne Lawson, DE 17).

2. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant's Answer or other responsive pleading was due July 2, 2025.

3. Defendant timely communicated with counsel about receipt of the summons and complaint.

4. Counsel is currently managing a significant caseload and is preparing for multiple depositions, trials, and hearings in the next six to eight weeks.

5. Counsel for Defendant requires additional time to investigate the allegations of the complaint and prepare a response.

6. Before the time to respond expired, counsel for Defendant spoke with counsel for Plaintiff and obtained consent to the requested extension of time and prepared the motion and order.

7. Through inadvertence, the prepared motion and proposed order were not filed and submitted before the time expired.

8. Counsel for Defendant has conferred with Counsel for Plaintiff, and Plaintiff consents to the relief being sought.

9. This motion is filed in good faith for the reasons stated and not for purposes of delay, eight days after the time for filing passed.

10. Allowing an extension of time despite counsel's failure to file the motion prior to expiration of the deadline that Plaintiff had already agreed to extend will not prejudice Plaintiff. Conversely, not allowing an extension of the deadline for Defendant will prejudice her greatly. "[T]aking account of all relevant circumstances surrounding the party's omission," which include the short length of the delay, the lack of impact on judicial proceedings, and good faith of the movant, Defendant respectfully submits that excusable neglect has been shown in this case. *See, e.g.*, *Pioneer Inv. Servs. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993).

WHEREFORE, Counsel hereby respectfully requests that Defendant's Motion for Extension of Time be GRANTED and for an Order enlarging the time to file their answer or other response, up to and including August 1, 2025.

This the 10th day of July, 2025.

**HARTZOG LAW GROUP, LLP**

*/s/ Dan M. Hartzog Jr.*
DAN M. HARTZOG, JR.
N.C. State Bar No. 35330
dhartzogjr@hartzoglawgroup.com
2626 Glenwood Avenue, Suite 305
Raleigh, NC 27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorney for Defendant Lawson*

<u>**CERTIFICATE OF SERVICE**</u>

      I, the undersigned, hereby certify that on July 10, 2025, I electronically filed the foregoing using the Court's CM/ECF system, which will serve the following parties:

Brandon S. Atwater
ATWATER LAW PLLC
1140 Kildaire Farm Road, Ste. 200-8
Cary, NC 27511
b.atwater@atwaterlaw.com
*Attorney for Plaintiff*

Brian F. Castro
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street Suite 1100
Raleigh, NC 27601
Brian.Castro@wbd-us.com
*Attorney for Defendants Wilborn, Slaughter, and Wagstaff*

DAVID A. HARRIS
BOVIS, KYLE, BURCH & MEDLIN, LLC
200 Ashford Center North Suite 500
Atlanta, GA 30338
Dah@boviskyle.com
*Attorney for Defendant Ohio Casualty Insurance Company*

This the 10th day of July, 2025.

                                              **HARTZOG LAW GROUP, LLP**

                                              */s/ Dan M. Hartzog Jr.*
                                              DAN M. HARTZOG, JR.
                                              N.C. State Bar No. 35330
                                              dhartzogjr@hartzoglawgroup.com
                                              2626 Glenwood Avenue, Suite 305
                                              Raleigh, NC 27608
                                              Telephone: (919) 670-0338
                                              Facsimile: (919) 714-4635
                                              *Attorney for Defendant Lawson*