IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:25-cv-376-WO-JLW

| | |
|---|---|
| LAMONT BURRELL, in his official capacity, General Guardian for Brenda Allen Burrell, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   **ORDER**<br>) |
| CHARLES JASON WILBORN; NEEKA SHAVONNE LAWSON; TRAVIS LEE SLAUGHTER; HARRIETT SHAWN WAGSTAFF; and THE OHIO CASUALTY INSURANCE COMPANY, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

THIS CAUSE coming on before the undersigned on Defendant Neeka Lawson's Motion for an Order extending time within which to respond to Plaintiff's Complaint pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure;

AND IT APPEARING the parties have consented to the extension of time, that Defendant has shown excusable neglect for failing to submit the motion prior to the expiration of the original period, and that the Motion should be allowed;

IT IS THEREFORE ORDERED that the Motion submitted by Defendant is GRANTED and his time for filing a responsive pleading or motion in response to Plaintiff's Complaint is hereby extended up to and including August 1, 2025.

IT IS SO ORDERED this _____ day of _____, 2025.

_____